**Order filed March 8, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00033-CR

———————

## EX PARTE RICARDO GUZMAN

---

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 09-DCR-051876**

---

## ORDER

The reporter's record in this case was due January 26, 2012.  *See* Tex. R. App. P. 35.2.  On February 13, 2012, the clerk of this court sent a letter to **Elizabeth Wittu**, the court reporter, informing her the record had not been filed.   No response has been filed. No motion for extension of time has been filed.

Accordingly, we order **Elizabeth Wittu** to file the record in this appeal on or before **March 28, 2012.**  If **Elizabeth Wittu** fails to file the record as ordered, the court may order her to appear before this court, on a date certain to show cause why she should not be held in contempt for not filing the record in Appeal No. 14-12-00033-CR; *Ex Parte Ricardo Guzman,* as ordered.

PER CURIAM